UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MOHAMMAD AQEEL HUSSAINI,

*Petitioner*,

v. Case No. 3:26-cv-1684-JEP-LLL

WARDEN, BAKER COUNTY
DETENTION CENTER, et al.,

*Respondents*.
_______________________________/

**ORDER**

Through counsel, Petitioner, a detainee of the United States Immigration and Customs Enforcement, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on June 29, 2026. According to the Federal Respondents, Petitioner was detained in the Western District of Louisiana at the time of filing. (Doc. 6).[1] Because Petitioner was housed in the Western District of Louisiana when the petition was filed, the Court **GRANTS** the Federal Respondents' motion to dismiss or transfer action (Doc. 6) to the extent that the Clerk shall immediately forward the file to the Western District of Louisiana and close this case. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)

[1] Petitioner's counsel did not file a reply.

("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

**DONE AND ORDERED** in Jacksonville, Florida, on September 17, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record